03-14-00586-CR

October 30, 2014


Mr. Jeff Kyle,

I have taken a job with the Texas Department of Criminal Justice and can no longer represent private clients.  I made sure Michael Ray Chandler received a copy of the Third Court's opinion as well as a letter explaining that I was no longer Mr. Chandler's attorney and that he had thirty days in which to file a PDR if he chose to file one as well as the mailing address of the Texas Court of Criminal Appeals.  Thank you.


Michael Mark